Case No. 25-5660

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

NETCHOICE, LLC

    Plaintiff - Appellant

v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General & Reporter

    Defendant - Appellee

BEFORE: BATCHELDER, CLAY, RITZ, Circuit Judges.

   Upon consideration of Mr. Matthew Daniel Cloutier's motion to withdraw as counsel for appellee, Jonathan Thomas Skrmetti,

   It is **ORDERED** that the motion be and it hereby is, **GRANTED**.

ENTERED BY ORDER OF THE COURT
Kelly L. Stephens, Clerk

Issued: March 05, 2026