Case No. 25-5660

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

NETCHOICE, LLC

       Plaintiff - Appellant

v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General & Reporter

       Defendant - Appellee

BEFORE: BATCHELDER, CLAY, and RITZ, Circuit Judges.

Upon consideration of Mr. James Matthew Rice's motion to withdraw as counsel

for appellee, Jonathan Thomas Skrmetti,

It is **ORDERED** that the motion be and it hereby is, **GRANTED**.

                **ENTERED BY ORDER OF THE COURT**
                Kelly L. Stephens, Clerk

Issued: May 28, 2026